STATE OF NEW JERSEY v. MANUEL E. GONZALEZ.

March 17, 1989.

Certification to the Superior Court, Law Division, is granted.

STATE OF NEW JERSEY v. CHARLES PATTERSON, JR.

March 21, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. ERNEST SCOTT.

March 21, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. CYRUS G. NUCCI, M.D., ET AL.

March 21, 1989.

Petition for certification denied.

MARILYN KEMP v. VERNON VALLEY ACTION PARK, ETC.

March 21, 1989.

Petition for certification denied.